```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
FRANK BRUNCKHORST III, *individually and in his*                        :
*capacity as trustee of the Frank Brunckhorst III 2001*                 :
*Trust*,                                                                :
                                                                        :     21-CV-4362 (JPC)
                                       Plaintiff,                       :
                                                                        :         ORDER
            -v-                                                         :
                                                                        :
ERIC BISCHOFF *et al.*,                                                 :
                                                                        :
                                       Defendants.                      :
                                                                        :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Complaint in this case was filed with redactions pursuant to an order from the Honorable Loretta A. Preska in her role as the Part 1 Judge. *See* 20-mc-432, Dkt. 4. By June 3, 2021, Plaintiff shall file a letter, no more than five pages in length, explaining whether it is Plaintiff's position that the public version of the Complaint should remain redacted. Plaintiff is directed to 4.A-B of the Court's Individual Rules and Practices in Civil Cases and respectfully asked to address *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) and any other controlling authority. Any Defendant that wishes to file a letter (no more than five pages in length) on this topic should do so by June 8, 2021.

Further, the Court will hold a telephone conference on June 10, 2021 at 10:00 a.m. to address this issue. At the scheduled time, counsel should call (866) 434-5269, access code 9176261.

Plaintiff shall serve Defendants via overnight courier with a copy of this Order within two

business days of the date of this Order.  Within two business days of service, Plaintiff must file

proof of such service on the docket.

       SO ORDERED.

Dated: May 27, 2021
       New York, New York

                                                       JOHN P. CRONAN
                                            United States District Judge