UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
FRANK BRUNCKHORST III, *individually and in his* :
*capacity as trustee of the Frank Brunckhorst III 2001* :
*Trust*, :
: 21-CV-4362 (JPC)
Plaintiff, :
: ORDER
-v- :
:
ERIC BISCHOFF *et al.*, :
:
Defendants. :
:
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     As noted at the conference held on June 10, 2021 at 10:00 a.m., Judge Preska's order allowing redactions in the Complaint will remain in effect for 120 days. 6/10/2021 Tr. at 9. At conference, the Court ordered Plaintiff to submit a letter regarding whether there is a continued basis for the redactions by August 20, 2021. *Id.* Because Judge Preska's order will remain in effect until October 8, 2021, the due date for Plaintiff's letter is extended from August 20, 2021 to September 24, 2021.

     SO ORDERED.

Dated: June 11, 2021
      New York, New York
                                                JOHN P. CRONAN
                                               United States District Judge