# Schulte Roth & Zabel LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Randall T. Adams
212.756.2019

Writer's E-mail Address
Randall.Adams@srz.com

January 4, 2022

> The parties' request is granted. The conference scheduled for January 4, 2022 at 11 a.m. is adjourned to January 11, 2022 at 1 p.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.
>
> SO ORDERED.
>
> Dated: January 4, 2022
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

**VIA ECF AND E-MAIL**

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Brunckhorst III et al v. Bischoff et al*, **No. 21-cv-04362-JPC**

Dear Judge Cronan:

On behalf of counsel for all parties, we write to inform the Court that the parties are discussing whether it would be possible to resolve defendant Eric Bischoff's contemplated request for leave to amend without the need for court intervention. *See* Dkt Nos. 102, 103. The parties, however, need some additional time to discuss the issue. The parties therefore jointly request that this morning's scheduled conference be briefly adjourned, perhaps for one week or such other time as would be convenient for the Court, so that the parties can determine in the interim if they can resolve the issue without further burdening the Court. There have been no previous requests for an adjournment of this conference date.

We very much appreciate the Court's attention to this matter.

Respectfully submitted,

Randall T. Adams

*On Behalf of Counsel for All Parties*

cc: All Counsel of Record (*via ECF and email*)