**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7160**

WRITER'S EMAIL ADDRESS
kevinreed@quinnemanuel.com

February 7, 2023

**VIA ECF AND EMAIL**
The Honorable John P. Cronan
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Brunckhorst III, et al. v. Bischoff, et al.*, No. 21-cv-4362-JPC

Dear Judge Cronan,

We write pursuant to the Court's order of January 31, 2023 (ECF No. 230), denying Plaintiff's motion to seal his opposition to Defendant's motion to quash a subpoena to third-party Dennis King and directing Plaintiff by today to withdraw the pleadings submitted under seal or file redacted versions of those pleadings with a new motion to seal.  Having received a relevant document production from Defendant and conferred with Mr. King's counsel, and with due regard for the interests of Boar's Head, Plaintiff hereby withdraws his subpoena to Mr. King.  Plaintiff respectfully submits that this moots Defendant's motion to quash and requests that Plaintiff's prior filings in opposition to that motion (ECF Nos. 222-225) be withdrawn from the docket.

We appreciate the Court's consideration.

Respectfully submitted,

/s/ Kevin S. Reed

Kevin S. Reed

The request is granted.  The Clerk of Court is respectfully directed to close the motion pending at Docket Number 221 and to strike Docket Numbers 223, 224, and 225 from the docket.

SO ORDERED.
Date: February 13, 2023
New York, New York

JOHN P. CRONAN
United States District Judge

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH