```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
FRANK BRUNCKHORST III, individually and in his                   :
capacity as trustee of THE FRANK BRUNCKHORST III                 :
2001 TRUST,                                                      :
                                                                 :           21 Civ. 4362 (JPC)
                                Plaintiff,                       :
                                                                 :
        -v-                                                      :                ORDER
                                                                 :
ERIC BISCHOFF et al.,                                            :
                                                                 :
                                Defendants.                      :
                                                                 :
-----------------------------------------------------------------X
                                                                 :
ERIC BISCHOFF,                                                   :
                                                                 :
                                Counterclaim-Plaintiff,          :
                                                                 :
        -v-                                                      :
                                                                 :
FRANK BRUNCKHORST III, individually and in his                   :
capacity as trustee of THE FRANK BRUNCKHORST III                 :
2001 TRUST,                                                      :
                                                                 :
                                Counterclaim-Defendant.          :
                                                                 :
-----------------------------------------------------------------X
                                                                 :
ERIC BISCHOFF,                                                   :
                                                                 :
                                Counterclaim-Plaintiff,          :
                                                                 :
        -v-                                                      :
                                                                 :
SUSAN STRAVITZ KEMP, in her capacity as co-trustee               :
of THE BARBARA BRUNCKHORST 1994 TRUST and                        :
executrix of THE ESTATE OF BARBARA                               :
BRUNCKHORST et al.,                                              :
                                                                 :
                                Crossclaim-Defendants.           :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Pursuant to the Court's prior Order, Dkt. 260, non-party Robert S. Martin, Defendants Susan Stravitz Kemp and Richard Todd Stravitz, Defendant Eric Bischoff, and Plaintiff Frank Brunckhorst III moved on September 18, 2023 to seal and/or file in partially redacted form the parties' summary judgment materials. Dkts. 281, 285. 286, 287. The Court has reviewed these motions and has determined that sealing is warranted under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and its progeny, for the reasons identified by the parties concerning confidential business information, and private personal health, financial, and otherwise identifying information. The parties' summary judgment materials, Dkts. 262-264, 267, 269-271, 273-278, shall remain under seal, and the Court further approves of the proposed redactions to the publicly accessible versions thereof, Dkts. 282-284, 288-295. The Clerk of Court is respectfully directed to close Docket Numbers 281, 285, 286, and 287.

SO ORDERED.

Dated: September 19, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge