UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK BRUNCKHORST III, individually and in his capacity as trustee of THE FRANK BRUNCKHORST III 2001 TRUST,<br><br>              Plaintiff,<br><br>              v.<br><br>ERIC BISCHOFF; SUSAN STRAVITZ KEMP, in her capacity as co-trustee of THE BARBARA BRUNCKHORST 1994 TRUST and executrix of THE ESTATE OF BARBARA BRUNCKHORST; and RICHARD TODD STRAVITZ, in his capacity as co-trustee of THE BARBARA BRUNCKHORST 1994 TRUST, trustee of THE BARBARA BRUNCKHORST 2010 TRUST, and executor of THE ESTATE OF BARBARA BRUNCKHORST,<br><br>              Defendants. | Case No. 1:21-cv-04362-JPC<br><br>**ORDER GOVERNING THE RESUBMISSION OF CERTAIN FILINGS** |
| ERIC BISCHOFF,<br><br>              Counterclaim-Plaintiff,<br><br>            v.<br><br>FRANK BRUNCKHORST III, individually and in his capacity as trustee of THE FRANK BRUNCKHORST III 2001 TRUST, and in his capacity as trustee of THE FRANK BRUNCKHORST 2020 INVESTMENT TRUST-A,<br><br>              Counterclaim-Defendant. | |

| |
|---|
| ERIC BISCHOFF,<br><br>      Crossclaim-Plaintiff,<br><br>      v.<br><br>SUSAN STRAVITZ KEMP, in her capacity as co-trustee of THE BARBARA BRUNCKHORST 1994 TRUST and executrix of THE ESTATE OF BARBARA BRUNCKHORST; and RICHARD TODD STRAVITZ, in his capacity as co-trustee of THE BARBARA BRUNCKHORST 1994 TRUST, trustee of THE BARBARA BRUNCKHORST 2010 TRUST, and executor of THE ESTATE OF BARBARA BRUNCKHORST,<br><br>      Crossclaim-Defendants. |

JOHN P. CRONAN, United States District Judge:

By letter dated June 10, 2024 (Dkt. 404), and following the Court's June 3, 2024 conference regarding the Parties' requests to seal certain materials (the "At-Issue Materials"), the Parties have jointly requested the Court's permission to withdraw the filings containing the At-Issue Materials from the Court's docket and, as appropriate, replace them with filings that do not include At-Issue Materials.

Upon due consideration of the Parties' joint request, the Court hereby **GRANTS** the Parties' joint request.

Accordingly, the Clerk of Court is respectfully directed to strike from the docket the letter motions to seal pending at Docket Numbers 327, 356, 369, 375, 379, 389, 397, and 401, and to strike from the docket the following: Docket Numbers 299 through and including 302, 307, 310, 328 through and including 333, 335, 337, 339, 340, 343 through and including 345, 348, 361

through and including 367, 370 through and including 372, 374, 376, 377, 380, 382, 390 through and including 393, 396, 398, and 399.

The Parties are **ORDERED**, within five business days of entry of this Order, to exchange with each other amended versions of the documents to be refiled (the "Exchange Deadline").

Within three business days of the Exchange Deadline, the Parties are further **ORDERED** to begin refiling the subject documents in the order in which they were originally filed, with such refiling to be completed within two business days thereafter.

**SO ORDERED.**

Dated:  June 11, 2024

_____
HON. JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE