UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
FRANK BRUNCKHORST III, individually and in his :
capacity as trustee of THE FRANK BRUNCKHORST III :
2001 TRUST, :
:
                      Plaintiff, :
:
        -v- :        21 Civ. 4362 (JPC)
:
ERIC BISCHOFF *et al.*, :        ORDER
:
                      Defendants. :
:
------------------------------------------------------------------------X
:
ERIC BISCHOFF, :
:
                      Counterclaim-Plaintiff, :
:
        -v- :
:
FRANK BRUNCKHORST III, individually and in his :
capacity as trustee of THE FRANK BRUNCKHORST III :
2001 TRUST, :
:
                      Counterclaim-Defendant. :
:
------------------------------------------------------------------------X
:
ERIC BISCHOFF, :
                      Crossclaim-Plaintiff, :
:
        -v- :
:
SUSAN STRAVITZ KEMP, in her capacity as co-trustee :
of THE BARBARA BRUNCKHORST 1994 TRUST and :
executrix of THE ESTATE OF BARBARA :
BRUNCKHORST, *et al.*, :
:
                      Crossclaim-Defendants. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

By September 18, 2025, counsel for Richard Todd Stravitz and Susan Stravitz Kemp and counsel for Eric Bischoff shall file supplemental briefs of no more than 3 pages addressing how, if at all, N.Y. C.P.L.R. 5001 applies to the proposed "Statutory Interest Offset" defense that Trustees seek to add in their Motion for Leave to Amend their Answer to Eric Bischoff's Third Amended Counterclaims and Crossclaims, Dkt. 509. *See* Dkt. 510, Exh. 6 at 50.

Specifically, the parties shall address how, if at all, that proposed defense should be analyzed for futility under C.P.L.R. 5001 and *Manufacturer's & Traders Trust Co. v. Reliance Ins. Co.*, 870 N.E.2d 124 (N.Y. 2007).

SO ORDERED.

Dated: September 11, 2025
      New York, New York

                                          JOHN P. CRONAN
                                    United States District Judge