UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :

FRANK BRUNCKHORST III, individually and in his  :
capacity as trustee of THE FRANK BRUNCKHORST III :
2001 TRUST,                                                :
                                                    :      21 Civ. 4362 (JPC)
                     Plaintiff,                   :
                                                    :
          -v-                                       :           ORDER
                                                    :
ERIC BISCHOFF *et al.*,                                :
                                                    :
                     Defendants.              :
                                                    :
------------------------------------------------------------------------X
                                                    :
ERIC BISCHOFF,                                     :
                                                    :
                  Counterclaim-Plaintiff,    :
                                                    :
          -v-                                       :
                                                    :
FRANK BRUNCKHORST III, individually and in his  :
capacity as trustee of THE FRANK BRUNCKHORST III :
2001 TRUST,                                               :
                                                    :
                  Counterclaim-Defendant.  :
                                                    :
------------------------------------------------------------------------X
                                                    :
ERIC BISCHOFF,                                     :
                                                    :
                  Counterclaim-Plaintiff,    :
                                                    :
          -v-                                       :
                                                    :
SUSAN STRAVITZ KEMP, in her capacity as co-trustee :
of THE BARBARA BRUNCKHORST 1994 TRUST and :
executrix of THE ESTATE OF BARBARA           :
BRUNCKHORST *et al.*,                              :
                                                    :
                  Crossclaim-Defendants.   :
                                                    :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The parties have moved to seal and/or file in partially redacted form materials in connection with the pending summary-judgment motions and motion to amend. Dkts. 513, 530, 531, 538, 552, 558. After reviewing these sealing motions, and for the reasons previously articulated during this litigation, *see* Dkts. 298, 478, the Court has determined that the requested sealing and/or redacting is warranted under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and its progeny. In particular, the requests are warranted given the confidential business information and private personal financial and otherwise identifying information contained in the materials, as identified and justified by the parties in their motions. Therefore, the parties' filings at Docket Numbers 512, 517, 519-522, 532-533, 542-544, and 546-547 shall remain under seal, and the Court approves the proposed redactions to the publicly accessible versions thereof at Docket Numbers 511, 523, 525-526, 528-529, 534-535, and 553-557. The Clerk of Court is respectfully directed to close Docket Numbers 513, 530, 531, 538, and 552.

SO ORDERED.

Dated: September 29, 2025
       New York, New York                          _____
                                                   JOHN P. CRONAN
                                                   United States District Judge