UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
FRANK BRUNCKHORST III, individually and in his :
capacity as trustee of THE FRANK BRUNCKHORST III :
2001 TRUST, :
: 21 Civ. 4362 (JPC)
Plaintiff, :
: ORDER
-v- :
:
ERIC BISCHOFF *et al.*, :
:
Defendants. :
:
-----------------------------------------------------------------------X
:
ERIC BISCHOFF, :
:
Counterclaim-Plaintiff, :
:
-v- :
:
FRANK BRUNCKHORST III, individually and in his :
capacity as trustee of THE FRANK BRUNCKHORST III :
2001 TRUST *et al.*, :
:
Counterclaim-Defendant. :
:
-----------------------------------------------------------------------X
:
ERIC BISCHOFF, :
:
Crossclaim-Plaintiff, :
:
-v- :
:
SUSAN STRAVITZ KEMP, in her capacity as co-trustee :
of THE BARBARA BRUNCKHORST 1994 TRUST and :
executrix of THE ESTATE OF BARBARA :
BRUNCKHORST *et al.*, :
:
Crossclaim-Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Today the Court issued its Opinion and Order on the Trustees' motion to amend, Dkt. 509, and its Opinion and Order on the parties' cross-motions for summary judgment, Dkts. 516, 518. Those Opinions and Orders were filed under seal with instructions that the parties submit proposed redactions in a joint letter by October 7, 2025.

Additionally, the transcript from the September 8, 2025, oral argument has been filed under seal at Docket Number 573. The parties shall likewise have until October 7, 2025, to file any proposed redactions to the transcript, as well as a joint letter addressing why these redactions are justified under *Lugosch v. Pyramid Company of Onondaga*, 435 F.3d 110 (2d Cir. 2006). The parties shall submit a single set of proposed redactions, but may explain any disagreements in their joint letter.

The joint letters may be filed under seal.

The Clerk of the Court is respectfully directed to close Docket Numbers 509, 516, and 518.

SO ORDERED.

Dated: September 30, 2025  
New York, New York

JOHN P. CRONAN  
United States District Judge