UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                                                           :

FRANK BRUNCKHORST III, individually and in his   :
capacity as trustee of THE FRANK BRUNCKHORST III :
2001 TRUST,                                                                         :
                                                                                                           :        21 Civ. 4362 (JPC)
                               Plaintiff,                    :
                                                                                                      :
              -v-                                                                  :            ORDER

ERIC BISCHOFF *et al.*,

                               Defendants.

------------------------------------------------------------------------X

ERIC BISCHOFF,

                               Counterclaim-Plaintiff,

              -v-

FRANK BRUNCKHORST III, individually and in his
capacity as trustee of THE FRANK BRUNCKHORST III
2001 TRUST,

                               Counterclaim-Defendant.

------------------------------------------------------------------------X

ERIC BISCHOFF,

                               Crossclaim-Plaintiff,

              -v-

SUSAN STRAVITZ KEMP, in her capacity as co-trustee
of THE BARBARA BRUNCKHORST 1994 TRUST and
executrix of THE ESTATE OF BARBARA
BRUNCKHORST *et al.*,

                               Crossclaim-Defendants.

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court's September 30, 2025 Opinion and Order provided Frank[1] and Todd the opportunity to show cause why, consistent with the holdings in that Opinion, summary judgment should not be granted *sua sponte* under Federal Rule of Civil Procedure 56(f) in favor of Todd on Frank's declaratory judgment claim with regard to the 2010 Trust Shares. *See* Opinion at 30. On October 14, 2025, Frank and Todd filed a joint letter in response. Dkt. 581.

In their joint letter, Frank acknowledges that "an order granting summary judgment in favor of [Todd] on Frank's claim for declaratory judgment with respect to the 2010 Trust Shares would be consistent with the Court's rulings summarized in the first paragraph of the Conclusion section of the Opinion." *Id.* at 1. Todd agrees that "the logical conclusion of the Court's ruling in the Opinion would be to grant summary judgment in Todd's favor on Frank's claim for declaratory judgment with respect to the 2010 Trust Shares." *Id.* Thus, for the reasons explained in the Court's September 30, 2025 Opinion, the Court grants summary judgment in favor of Todd on Frank's declaratory judgment claim against him as it relates to the 2010 Trust Shares. As discussed in that Opinion, as a matter of law, Frank is not entitled to the declaratory relief he seeks against Todd as to those shares.

SO ORDERED.

Dated: November 3, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

---

[1] Terms are defined in this Order in the same manner they were defined in the September 30, 2025 Opinion. *See* Dkt. 582 ("Opinion") at 2.