UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK BRUNCKHORST III, individually and in his capacity as trustee of THE FRANK BRUNCKHORST III 2001 TRUST,

Plaintiff,

-v-

ERIC BISCHOFF, *et al.*,

Defendants.

ERIC BISCHOFF,

Counterclaim-Plaintiff,

-v-

FRANK BRUNCKHORST III, individually and in his capacity as trustee of THE FRANK BRUNCKHORST III 2001 TRUST,

Counterclaim-Defendant.

ERIC BISCHOFF,

Crossclaim-Plaintiff,

-v-

SUSAN STRAVITZ KEMP, in her capacity as co-trustee of THE BARBARA BRUNCKHORST 1994 TRUST and executrix of THE ESTATE OF BARBARA BRUNCKHORST, *et al.*,

Crossclaim-Defendants.

21 Civ. 4362 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On July 7, 2026, the Court issued its Opinion and Order on Eric's relief. Dkt. 634. That Opinion and Order was filed under seal with instructions that the parties submit proposed redactions in a joint letter by July 28, 2026, addressing why these redactions are justified under *Lugosch v. Pyramid Company of Onondaga*, 435 F.3d 110 (2d Cir. 2006). *Id.* at 24. The parties shall submit a single set of proposed redactions, but may explain any disagreements in their joint letter. *Id.* The docket does not reflect any proposed redactions by the parties nor is the Court aware of any filings by the parties under seal.

The parties shall submit their joint letter by August 4, 2026.

SO ORDERED.

Dated: July 29, 2026
New York, New York

JOHN P. CRONAN
United States District Judge