UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK BRUNCKHORST III, individually and in his capacity as trustee of THE FRANK BRUNCKHORST III 2001 TRUST,

Plaintiff,

-v-

ERIC BISCHOFF, *et al.*,

Defendants.

ERIC BISCHOFF,

Counterclaim-Plaintiff,

-v-

FRANK BRUNCKHORST III, individually and in his capacity as trustee of THE FRANK BRUNCKHORST III 2001 TRUST,

Counterclaim-Defendant.

ERIC BISCHOFF,

Crossclaim-Plaintiff,

-v-

SUSAN STRAVITZ KEMP, in her capacity as co-trustee of THE BARBARA BRUNCKHORST 1994 TRUST and executrix of THE ESTATE OF BARBARA BRUNCKHORST, *et al.*,

Crossclaim-Defendants.

21 Civ. 4362 (JPC)

<u>ORDER</u>

JOHN P. CRONAN, United States District Judge:

Defendants Susan Stravitz Kemp and Richard Todd Stravitz have moved to seal and/or file in partially redacted form materials in connection with Defendant, Counterclaim-Plaintiff, and Crossclaim-Plaintiff Eric Bischoff's ("Eric") motion to resolve all remaining issues, Dkt. 608, which the Court resolved on July 7, 2026, Dkt. 639. Dkt. 627; *see* Dkts. 607, 609, 610, 614, 615. After reviewing this sealing motion, and for the reasons previously articulated during this litigation, *see* Dkts. 298, 478, 572, 594, the Court has determined that the requested sealing and/or redacting is warranted under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and its progeny. In particular, the requests are warranted given the confidential business information and private personal financial and otherwise identifying information contained in the materials, as identified and justified by the parties in their motions. Therefore, the parties' filings at Docket Numbers 607, 609, 610, 614, and 615 shall remain under seal, and the Court approves the proposed redactions to the publicly accessible versions thereof at Docket Numbers 621-1, 622, 623,[1] 625, 626.

SO ORDERED.

Dated: August 10, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

[1] Eric's filing at Docket Number 623 is labeled "Public Version" and contains redactions, but it was submitted under seal. *See* Dkt. 623. Accordingly, by August 17, 2026, Eric shall re-file this submission publicly with the same redactions.